UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:18-CR-6-1D



UNITED STATES OF AMERICA

vs.                                     ORDER

RANDON AUSTIN JENKINS

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on November 16, 2020 be turned over to Special Agent Tim Carr, Jacksonville Police Department, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 3 | Needle and tubing |
| 4 | iPhone |
| 5 | Black straw |
| 6 | Hot Sauce Wax bags |
| 7 | Wax bags from trash can |
| 26 | Samsung flip phone (Jenkins) |
| 27 | LG phone (Jenkins) |
| 10 | Colt M4 Carbine .22 Firearm |
| 11 | .22 Magazine |
| 12 | Ammo can |
| 13 | Smiley Face baggies with Crack Cocaine |
| 14 | Empty Smiley Face baggies |
| 19 | $855 US Currency |
| 15 | Empty wax bags |

| 16 | Box of empty wax bags and rubber bands |
| 17 | Empty Bullgdog wax bags |
| 20 | 40 bindles Hot Sauce bags |

This <u>16th</u> day of November, 2020.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____