UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:18-CR-6-1D



**UNITED STATES OF AMERICA**

vs.                                        ORDER

**RANDON AUSTIN JENKINS**

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on November 18, 2020 be turned over to Special Agent Tim Carr, Jacksonville Police Department, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 30 | Paper box from vehicle |
| 31 | Crack |
| 32 | 40 Pink Monkey bags of heroin |
| 33 | Pink Monkey bags of Heroin |
| 34 | $148 in US Currency |
| 38 | Friday the 13th and other bags |
| 35 | Baggies of crack cocaine |
| 36 | Green Dragon Wax baggies |
| 37 | Bag of crack and Green Dragon Wax baggies |
| 47 | Paper box under master bed |
| 44 | 4 wax baggies from shoe |
| 39 | 9 Green Dragon Wax baggies of heroin |
| 40 | Wax bags: Blue, Green Dragon and $ |

| | |
|---|---|
| 41 | Blue Plastic bag with wax baggies |
| 42 | Empty Butterfly wax bags |
| 45 | 3 wax baggies from bathroom |
| 46 | Friday the 13th wax baggies from bathroom |
| 43 | Wax baggies from purse |
| 48 | Digital Scale |

This 18th day of November, 2020.

*[signature: Dever]*
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____