IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:18-CR-0006-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| RANDON AUSTIN JENKINS | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 123 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the **13** day of April, 2021.

*Dever*
JAMES C. DEVER III
United States District Judge